**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                              )
JANIS C. LATIMORE,            )
                              )
            Plaintiff,        )
                              )
     v.                       )    Civ. Action No. 10-1231(EGS)
                              )
MARIA SANTIAGO,               )
                              )
            Defendant.        )
_____)
```

**MEMORANDUM OPINION**

On May 3, 2010 plaintiff, proceeding pro se, filed this action in Superior Court alleging her employer made false accusations against her.  On July 21, 2010, defendant removed the case to this Court, and on July 27, 2010 defendant filed a motion to dismiss.  Doc. Nos. 1, 3.

On August 30, 2010, the court issued an order in accordance with *Fox v. Strickland*, 827 F.2d 507 (D.C. Cir. 1988).  Doc. No. 6.  The order advised plaintiff that if she failed to respond to defendant's motion the court could treat the motion as conceded and enter judgment in favor of defendant pursuant to Local Civil Rule 7(b).  Rule 7(b) states, in relevant part, that if a memorandum of points and authorities is not filed, "the Court may treat the motion as conceded."  LCvR 7(b).

Plaintiff has not filed a memorandum of points and authorities in opposition to defendant's motion to dismiss. Consequently, the court will deem the motion as conceded and

**DISMISS** this action without prejudice to refiling.  An appropriate

order accompanies this memorandum opinion.


Signed:    **EMMET G. SULLIVAN**
           **United States District Judge**
           **November 29, 2010**